UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Juan Soto Guzman

                                        Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 MAG 492

Defendant __Juan Soto Guzman___ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

_x__  Initial Appearance Before a Judicial Officer

___  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x__  Bail/Detention Hearing

___  Conference Before a Judicial Officer


Juan Soto Guzman   DAH
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Juan Soto Guzman
Print Defendant's Name

_____
Defendant's Counsel's Signature


Daniel A. Hochheiser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/15/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge